R. D. LIDSTONE CO., PETITIONER, *v.* COMMISSIONER OF INTERNAL REVENUE, RESPONDENT.

Docket No. 4133. Promulgated December 1, 1927.

*Frank J. Albus, Esq.,* for the petitioner.
*M. N. Fisher, Esq.,* for the respondent.

OPINION.

Love: The Commissioner erred in disallowing as a deduction from gross income for 1917 the amount of $6,300. The total amount of $8,900 paid to the three officers constituted reasonable compensation for services rendered during that year by petitioner's officers.

*Judgment will be entered on 15 days' notice, under Rule 50.*

Considered by Trussell, Smith, and Littleton.